UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK HEALTH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MILE HEALTH, INC., et al.,<br><br>Defendants. | Case No. 18-cv-06911-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 29 |

On November 20, 2018, the Court issued an Order granting, in part, Plaintiff's motion to seal its Complaint and certain documents submitted in support of its motion for a temporary restraining order. The Court also reserved ruling on portions of the motion to seal, and it granted Plaintiff until December 7, 2018, to file an additional declaration or declarations to support its motion to seal. Plaintiff has not filed any additional declarations. It also has not filed anything with the Court to suggest those portions of the documents can be filed in the public record, *i.e.* revised redacted versions of the documents. Out of an abundance of caution the Court will give Plaintiff one final opportunity to justify sealing these materials. Accordingly, the Court HEREBY ORDERS Plaintiff to show cause why the portions of the documents on which the Court reserved ruling should not be filed in the public record.

Plaintiff shall file a response to this Order to Show Cause by December 17, 2018. If Plaintiff fails to respond to this Order to Show Cause, the Court shall order the following materials to be filed in the public record:

Complaint: 4:9-13, 4:18-20, 4:22-23, 6:16, 7:14-16, 8:8-10, 8:27-9:3, 9:18-19, 9:19, 9:21, 9:28, 10:2-3, 10:19, and Exhibits 2 and 3.

Brief in Support of TRO: 4:2-3 and 4:4-5, 4:11-13, 6:1, 6:9, 7:8-10, 7:16-18, 8:7-8, 9:6-10,

9:1, 10:2, 10:4, 10:13, 10:17-18, and 11:5.

Mascarenhas Declaration: 4:4-17, 4:19, 4:20, 8:4-6, 8:11, 8:14, 8:20, 8:23, 8:26-28, and Exhibits D and E.

Shook Declaration: 11:5, 11:7-8, Ex. 1 (with the exception of account numbers), Ex. 2, Ex. 13 (in particular, the extent of the redactions), and Ex. 14.

**IT IS SO ORDERED.**

Dated: December 10, 2018

_____
JEFFREY S. WHITE
United States District Judge